# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: JASON A. GORDON,  )
ATTORNEY AT LAW, BAR NO. 10598  )
)  Case No.: 2:18-ms-00090
)
)  **ORDER OF SUSPENSION**
)
)
)
)

On October 22, 2018, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender - Unclaimed - Unable to Forward." The Order to Show Cause provided Mr. Gordon with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Gordon. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Jason A. Gordon, Bar No. 10598, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  29  day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  29 day of April, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties  via Electronic Mail and Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

**Jason A. Gordon**
8828 Iron Hitch Avenue
Las Vegas, NV 89143

Certified Mail No.:   7012 2920 0000 1532 0523

**Jason A. Gordon**

Via Email:   jason.a.gordon@gmail.com

/s/ L.Quintero
Deputy Clerk
United States District Court,
District of Nevada